**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-6910**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

HENRY EVANS,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert R. Merhige, Jr., Senior District Judge. (CR-83-107-2)

---

Submitted:  January 23, 1996          Decided:  February 8, 1996

---

Before  HALL and MICHAEL, Circuit Judges,  and CHAPMAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Robert James Wagner, Richmond, Virginia, for Appellant.  Robert William Jaspen, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his 28 U.S.C. § 2255 (1988) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Evans</u>, CR-83-107-2 (E.D. Va. May 20, 1993; May 23, 1995). The motion to withdraw as counsel of record filed by Appellant's counsel is granted. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>